# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01659-AP

DOUGLAS FORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

## Joint Case Management Plan

---

**1. APPEARANCES OF COUNSEL**

| For Plaintiff: | For Defendant: |
|---|---|
| Diane K. Bross | Daniel E. Burrows |
| 5245 Centennial Blvd | Special Assistant U.S. Attorney |
| Suite 103 | Office of the General Counsel |
| Colorado Springs, CO 80919 | Social Security Administration |
| (719) 634-7734 | 1001 17th St |
| dbross@dianebrosslaw.com | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    This Court has jurisdiction based on Social Security Act § 1631(c)(3), 42 U.S.C.

§ 1383(c)(3) (2006).

3.   **DATES OF FILING RELEVANT PLEADINGS**

    A.   <u>Date Complaint Was Filed</u>: June 25, 2012

    B.   <u>Date Complaint Was Served on U.S. Attorney's Office</u>: July 6, 2012

    C.   <u>Date Answer and Administrative Record Were Filed</u>: September 4, 2012

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.   **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

    A.   <u>Plaintiff's Opening Brief Due</u>: October 29, 2012

    B.   <u>Defendant's Response Brief Due</u>: December 17, 2012

    C.   <u>Plaintiff's Reply Brief (If Any) Due</u>: January 2, 2013

These dates are adjusted from the ordinary timetable because Defendant's attorney and his wife are expecting a baby in late October and he expects to be out of the office on paternity leave for several weeks.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. Plaintiff's Statement: Plaintiff does not request oral argument.

B. Defendant's Statement: Defendant requests oral argument. He anticipates that Plaintiff will make an argument regarding the import of a doctor's assessment of "marked" limitations in various areas of functioning. This is something on which there is direct, published authority in other circuits, but which the Tenth Circuit has only addressed obliquely and in an unpublished opinion. Therefore, Defendant believes oral argument would be helpful for illuminating and clarifying the parties' positions.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 21st day of September, 2012

BY THE COURT:

*s/John L. Kane* _____
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
United States Attorney

s/ *Daniel E. Burrows* FOR
DIANE K. BROSS
5245 Centennial Blvd
Suite 103
Colorado Springs, CO 80919
(719) 634-7734
dbross@dianebrosslaw.com

Attorney for Plaintiff

(SIGNED PER ELECTRONIC
AUTHORIZATION)

J. BENEDICT GARCÍA
Assistant United States Attorney

s/ *Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant

## CERTIFICATE OF SERVICE

 I hereby certify that on September 21, 2012, I electronically filed the foregoing Joint Case Management Plan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

 Diane Katherine Bross
 dianebross@dianebrosslaw.com

 William George Pharo
 william.pharo@usdoj.gov


          s/ *Daniel E. Burrows*
          Office of the General Counsel
          Social Security Administration