IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01659-AP

DOUGLAS FORD,

      Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER

---

Upon review of Defendant's Unopposed Motion to Remand for Further Proceedings (doc. #16) filed on December 10, 2012,

**IT IS ORDERED** that the motion is **GRANTED**.  Pursuant to sentence four of 42 U.S.C. § 405(g), the Court orders that Defendant will remand the matter to an administrative law judge (ALJ) for further administrative proceedings on Plaintiff's application for supplemental security income, including a *de novo* hearing and a new decision.  Upon remand, the agency will direct the ALJ to:  (1) obtain additional evidence; (2) re-evaluate the opinion of examining psychologist John Bermudez, PhD; and (3) reevaluate Plaintiff's residual functional capacity.

Further, the Clerk will enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer,* 509 U.S. 292, 296-302 (1993).

DATED this 10th day of December, 2012.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE
UNITED STATES DISTRICT COURT JUDGE